**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SALEH ZAID AL KHATEMI**, *et al.*,<br>  Petitioners,<br><br>  *v.*<br><br>**GEORGE W. BUSH**, *et al.*,<br>  Respondents. | Civil Action No. 05-2248 (ESH) |

**PROPOSED ORDER**

On November 17, 2005, Petitioners filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief. To date, the Government has not responded to that Petition. On December 20, 2005, Petitioners filed a Motion for the Immediate Issuance of a Writ of Habeas Corpus or, Alternatively, to Issue an Order to Show Cause.

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that Respondent shall, by January 2, 2006, show cause why this writ should not be granted or produce Petitioner Mr. Al Khatemi for a hearing before this court on the merits of his petition .

Dated: _____

                                                            _____
                                                            United States District Judge