**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **SALEH ZAID AL KHATEMI,** *et al.* | ) | |
| | ) | |
| *Petitioners,* | ) | |
| | ) | |
| *v.* | ) | **Civil Action No. 05-2248 (ESH)** |
| | ) | |
| | ) | |
| **GEORGE W. BUSH,** *et al.,* | ) | |
| | ) | |
| *Respondents.* | ) | |
_____)

**CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Petitioner Salah Zaid Al Khatemi moves for entry of three orders in this case

originally entered in *In re Guantanamo Detainee Cases*:  the November 8, 2004

Amended Protective Order and Procedures for Counsel Access to Detainees at the United

States Naval Base in Guantanamo Bay, Cuba; the November 10, 2004 Order Addressing

Designation Procedures for "Protected Information"; and the December 13, 2004 Order

Supplementing and Amending Filing Procedures Contained in November 8, 2004

Amended Protected Order previously entered by Judge Joyce Hens Green in Abdah v.

Bush, 04-CV-1254 (HHK).

Respondents will not allow privileged communications between counsel and Mr.

Al-Khatemi until the Protective Order is entered.  Andrew Warden, counsel for

Respondents has no objection to the entry of the above mentioned protective orders.

This motion is made without prejudice to Mr. Al-Khatemi's right to challenge or

seek modification of any particular terms of the Protective Order in the future.


Dated:  New York, New York
         December 22, 2005.

                              Respectfully submitted,

                              /s/ Martha Rayner
                              Martha Rayner (Pursuant to LCvR 83.2(g))
                              (NY-MR-1423)
                              James Cohen (NY-JC-3836)
                              Lincoln Square Legal Services
                              Fordham University School of Law
                              33 W. 60th Street, 3rd Floor
                              New York, NY 10023
                              Telephone: (212) 636-6934
                              Fax: (212) 636-6923

                              Counsel for Petitioners