IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH ZAID AL KHATEMI, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2248 (ESH) |

**(PROPOSED) ORDER**

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals, the opposition filed thereto, and any reply, as well as the entire record in this case, and it appearing that good cause exists for granting the motion, it is hereby

ORDERED that the above-captioned case is stayed pending resolution of all appeals in Khalid v. Bush, Boumediene v. Bush, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and In re Guantanamo Detainee Cases, No. 02-CV-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005), appeal on petition for interlocutory appeal, No. 05-5064 (D.C. Cir. Mar. 10, 2005). It is

FURTHER ORDERED that petitioners' motion for the immediate issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2243 or, alternatively, to issue an order to show cause is denied.

IT IS SO ORDERED.

DATED: _____            _____
                                                                                                United States District Judge