IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALEH ZAID AL KHATEMI, *et al.*, <br> *Petitioners*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> *Respondents*. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2248 (ESH) <br> ) <br> ) <br> ) ORAL ARGUMENT REQUESTED <br> ) <br> ) <br> ) |

**NOTIFICATION OF FILING REPLY TO RESPONDENTS' MEMORANDUM IN OPPOSITION TO PETITIONERS' MOTION FOR WRIT OF HABEAS CORPUS OR ORDER TO SHOW CAUSE**

**<u>NOTIFICATION</u>**

To view document click on Docket #12.

Dated: January 12, 2006

                                                                  /s/ Martha Rayner
                                              Martha Rayner (Pursuant to LCvR 83.2(g))
                                              (NY- MR-1423)
                                              James A. Cohen (NY- JC-3836)

                                              Lincoln Square Legal Services
                                              Fordham University School of Law
                                              33 W. 60th Street, 3rd Floor
                                              New York, NY 10023
                                              Telephone: (212) 636-6934
                                              Fax: (212) 636-6923