UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALEH ZAID AL KHATEMI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2248 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER OF REFERRAL

It is hereby

**ORDERED** that pursuant to Local Rule 72.3, this case is referred to United States Magistrate Judge Alan Kay for a report and recommendation on Respondents' Motion for Designation of Certain Information as "Protected Information" under the Protective Orders.

**SO ORDERED.**

                                                                                                          s/
                                                   ELLEN SEGAL HUVELLE
                                                   United States District Judge

Date: June 20, 2006